JAMES F. HOUGHTON, Appellant, *v.* CHARLES M. BLAKE, Respondent.

To entitle a material man to enforce a lien upon a building for materials furnish-nished, it must be alleged and proved that not only the materials have been used in the construction of the building, but they must have been, by the express terms of the contract, furnished for the particular building on which the lien is claimed.

APPEAL from the County Court of Solano County.

*W. S. Wells*, for Appellant.

*John Currey*, for Respondent.

No briefs on file.

HEYDENFELDT, J., delivered the opinion of the Court. MURRAY, C. J., concurred.

We held in Bottomly *v.* Grace Church, 2 Cal., 90, that to enable a material man to enforce a lien upon a building for materials furnished, it must be alleged and proved not only that the materials have

been used in the construction of the building, but they must have been, by the express terms of the contract, furnished for the particular building on which the lien is claimed.

Testing this case by the doctrine of that decision, the facts set out in the complaint are wholly insufficient to entitle the plaintiff to the relief which he seeks.

The judgment is affirmed.